MICHAEL J. CONROY, PLAINTIFF IN ERROR, VS. WILLIAM N. EMERY, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Duval county.

*John E. Hartridge*, for Plaintiff in Error.

*R. H. Liggett*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

On motion of counsel for defendant in error, the testimony is stricken from the transcript and abstract of the record, and judgment affirmed.